No. 83–2004. MATSUSHITA ELECTRIC INDUSTRIAL CO., LTD., ET AL. v. ZENITH RADIO CORP. ET AL. C. A. 3d Cir. [Certiorari granted, 471 U. S. 1002.] Motion of the Solicitor General to

permit Charles F. Rule, Esquire, to present oral argument *pro hac vice* granted.